IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Melanie Lanham,
    Plaintiff(s),

v.                                                       Case No. 3:19-cv-00371

Manglam Hotels, LLC, Nish Jobalia, Shrey Patel
    Defendant(s).

**BUSINESS ENTITY DISCLOSURE**
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Manglam Hotels, LLC makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

☐ This party is an individual.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in or with a principle place of business in _____.

☐ This party is a privately held corporation, incorporated in or with a principle place of business in _____.

☐ This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

| [X] | This party is a limited liability company or limited liability partnership. |

> If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp.*, LLC, 585 F.3d 1003 (6th Cir. 2009).

| [ ] | This party is an unincorporated association or entity. |

> If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

| [ ] | This party is trust. |

> If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

| [ ] | Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation. |

> If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: May 30, 2019     Signature: *JK Simms*

Printed Name: James K. Simms, IV

Title: Attorney for Defendants

**CERTIFICATE OF SERVICE**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

## ATTACHMENT

Defendant, Manglam Hotels, LLC hereby discloses that its members and their respective states of citizenship are as follows:

| Member | State of Citizenship |
| --- | --- |
| Nayan Patel | Tennessee |
| Nishith Jobalia | Tennessee |
| Paresh Prabhu | Tennessee |
| Pratik Patel | Tennessee |
| Sandeep Patel | Tennessee |
| Badal Patel | Tennessee |
| Neelima Patel | Citizen of the Republic of India |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on this 30th day of May, 2019. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties listed below. Parties may access this filing through the Court's electronic filing system.

Frank J. Steiner
2200 21st Avenue South
Suite 309
Nashville, Tennessee 37212
(615) 730-6090
franksteiner@franksteinerlaw.com

/s James K. Simms, IV
James K. Simms, IV