# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| MELANIE LANHAM, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | ) |
| | )   3:19-CV-000371 |
| MANGLAM HOTELS LLC, NISH | ) |
| JOBALIA and SHREY PATEL, | )   Judge Trauger |
| | ) |
|    Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

As evidenced by the signatures below of counsel for Plaintiff and Defendants, the parties, Plaintiff Melanie Lanham and Defendants, Manglam Hotels, LLC, Nish Jobalia, and Shrey Patel, have agreed and hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action with prejudice. All the claims of Plaintiff are, therefore, dismissed with full prejudice against refiling. Each party shall bear its or his own attorney's fees and expenses.

**ENTERED** this the \_\_\_\_ day of _____, 2020.

_____
United States District Judge

APPROVED FOR SUBMISSION:

LEWIS, THOMASON,
KING, KRIEG & WALDROP, P.C.


By: __/s/ *Brad W. Craig*_____
    Brad W. Craig, BPR # 031082
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN 37219
    Phone: (615) 259-1365   Fax: (615) 259-1389
    e-mail: bcraig@lewisthomason.com

    *Attorneys for Defendants Manglam Hotels, LLC,*
    *Nish Jobalia, and Shrey Patel*


FRANK STEINER LAW, P.C.


By: ___/s/ *Frank J. Steiner* (w/ permission)_____
    Frank J. Steiner, BPR No. 26920
    2200 21st Avenue South, Suite 309
    Nashville, TN 37212
    (615) 730-6090

    *Attorney for Plaintiff Melanie Lanham*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 26th day of March, 2020, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Frank J. Steiner, Esq.
Frank Steiner Law, P.C.
2200 21st Avenue South, Suite 309
Nashville, TN 37212

                                                  /s/ Brad W. Craig
                                                  Brad W. Craig